**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcos O. Vargas                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13239 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       05 Jan 2023, 10:47:47, EST

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322