| Statement of Earnings for | Marcos O Vargas | | | | | | Patchwork Hudson LLC |
|---|---|---|---|---|---|---|---|
| Employee #: | 16 | Division | | Period Begin: | 10/1/2022 | Check Date: 10/17/2022 | 33 West 46th Street Ste 800 |
| Clock Number: | | Department | | Period End: | 10/15/2022 | Pay Type: Salary | New York, NY 10036 |
| Company Id: | 2514 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5489914 | $0.00 | $3,487.34 | $2,781.24 | |

**EARNINGS**  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 31.2489 | 86.67 | 2,708.34 | 86.67 | 5,166.67 |
| Commission | | | 779.00 | 0.00 | 1,115.25 |
| **Total:** | | 86.67 | 3,487.34 | 86.67 | 6,281.92 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 216.22 | 389.48 |
| MED EE | 50.57 | 91.09 |
| FEDERAL WH | 260.92 | 403.73 |
| NEW YORK WH | 177.09 | 313.65 |
| NEW YORK SDI EE | 1.30 | 2.60 |
| **Total:** | 706.10 | 1,200.55 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####4241 | Deposit Amount: | 2,781.24 |

Patchwork Hudson LLC
33 West 46th Street Ste 800
New York, NY 10036

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/17/2022 | V5489914 |

| TOTAL NET PAY |
|---|
| ******$2,781.24 |

16
**Marcos O Vargas**
963 Allengrove St.
Philadelphia, PA 19124

**NOT NEGOTIABLE**

| Statement of Earnings for: | Marcos O Vargas | | | | | | Patchwork Hudson LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 16 | Division | | Period Begin: | 10/16/2022 | Check Date: | 10/31/2022 | 33 West 46th Street Ste 800 |
| Clock Number: | | Department | | Period End: | 10/31/2022 | Pay Type: | Salary | New York, NY 10036 |
| Company Id: | 2514 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5540256 | $0.00 | $3,455.59 | $2,760.77 | |

| EARNINGS | | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 31.2489 | 86.67 | 2,708.34 | 173.34 | 7,875.01 | SOC SEC EE | 214.25 | 603.73 | | | |
| Commission | | | 747.25 | 0.00 | 1,862.50 | MED EE | 50.10 | 141.19 | | | |
| | | | | | | FEDERAL WH | 253.94 | 657.67 | | | |
| | | | | | | NEW YORK WH | 175.23 | 488.88 | | | |
| | | | | | | NEW YORK SDI EE | 1.30 | 3.90 | | | |
| Total: | | 86.67 | 3,455.59 | 173.34 | 9,737.51 | Total: | 694.82 | 1,895.37 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####4241 | Deposit Amount: 2,760.77 |

Patchwork Hudson LLC
33 West 46th Street Ste 800
New York, NY 10036

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/31/2022 | V5540256 |

| TOTAL NET PAY |
|---|
| ******$2,760.77 |

16
**Marcos O Vargas**
963 Allengrove St.
Philadelphia, PA 19124

**NOT NEGOTIABLE**

| Statement of Earnings For: | Marcos O Vargas | | | | | Patchwork Hudson LLC |
|---|---|---|---|---|---|---|
| Employee #: 16 | Division | | Period Begin: 11/1/2022 | Check Date: 11/15/2022 | | 33 West 46th Street Ste 800 |
| Clock Number: | Department | | Period End: 11/15/2022 | Pay Type: Salary | | New York, NY 10036 |
| Company Id: 2514 | Federal Filing: | Head of | Exemptions: | Additional Tax: | | |
| | State Filing: | | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5613490 | $0.00 | $3,349.59 | $2,692.40 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 31.2489 | 86.67 | 2,708.34 | 260.01 | 10,583.35 | SOC SEC EE | 207.67 | 811.40 | | | |
| Commission | | | 641.25 | 0.00 | 2,503.75 | MED EE | 48.57 | 189.76 | | | |
| | | | | | | FEDERAL WH | 230.62 | 888.29 | | | |
| | | | | | | NEW YORK WH | 169.03 | 657.91 | | | |
| | | | | | | NEW YORK SDI EE | 1.30 | 5.20 | | | |
| Total: | | 86.67 | 3,349.59 | 260.01 | 13,087.10 | Total: | 657.19 | 2,552.56 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####4241 | Deposit Amount: 2,692.40 |

Patchwork Hudson LLC
33 West 46th Street Ste 800
New York, NY 10036

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/15/2022 | V5613490 |

| TOTAL NET PAY |
|---|
| ******$2,692.40 |

16
**Marcos O Vargas**
963 Allengrove St.
Philadelphia, PA 19124

**NOT NEGOTIABLE**

| Statement of Earnings For: | Marcos O Vargas | | | | | Patchwork Hudson LLC |
|---|---|---|---|---|---|---|
| Employee #: | 16 | Division | | Period Begin: | 11/16/2022 | 33 West 46th Street Ste 800 |
| Clock Number: | | Department | | Period End: | 11/30/2022 | New York, NY 10036 |
| Company Id: | 2514 | Federal Filing: | Head of | Check Date: | 11/30/2022 | |
| | | State Filing: | | Pay Type: | Salary | |
| | | | | Exemptions: | | |
| | | | | Additional Tax: | | |
| | | | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5685648 | $0.00 | $3,371.64 | $2,706.62 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 31.2489 | 86.67 | 2,708.34 | 346.68 | 13,291.69 |
| Commission | | | 663.30 | 0.00 | 3,167.05 |
| **Total:** | | 86.67 | 3,371.64 | 346.68 | 16,458.74 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 209.04 | 1,020.44 |
| MED EE | 48.89 | 238.65 |
| FEDERAL WH | 235.47 | 1,123.76 |
| NEW YORK WH | 170.32 | 828.23 |
| NEW YORK SDI EE | 1.30 | 6.50 |
| **Total:** | 665.02 | 3,217.58 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####4241 | Deposit Amount: 2,706.62 |

Patchwork Hudson LLC
33 West 46th Street Ste 800
New York, NY 10036

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/30/2022 | V5685648 |

| TOTAL NET PAY |
|---|
| ******$2,706.62 |

16
**Marcos O Vargas**
963 Allengrove St.
Philadelphia, PA 19124

**NOT NEGOTIABLE**