```
Ana Vargas
963 Allengrove Street
Philadelphia, PA 19124



Credit One Bank
P. O. Box 98872
Las Vegas, NV 89193-8872



Hank Clinton
1313 S. 33rd St., Ste. 1
Philadelphia, PA 19104



Liberty Mutual Insurance Co.
c/o Credit Collection Service
PO Box 607
Norwood, MA 02062



PGW
800 W. Montgomery Avenue
Philadelphia, PA 19122



Self Financial Inc.
901 E. 6th St. Ste. 400
Austin, TX 78702



Truist
PO Box 698
Wilson, NC 27894-0698



U.S. Bank c/o Select Portfolio Servicing
3217 Decker Lake Drive
Salt Lake City, UT 84119



U.S. Bank/Select Portolio Servicing, Inc
c/o KML Law Group, P.C.
BNY Independence Center, Ste. 5000
701 Market Street
Philadelphia, PA 19106-1532
```