# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Marcos O. Vargas**

Debtor(s)

Case No.   **22-13239/mdc**

Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023 a copy of the Amended Matrix was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Ana Vargas
963 Allengrove Street
Philadelphia, PA 19124

Electronic Notice:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**