# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-13239-MDC

MARCOS O. VARGAS

963 Allengrove Street

Philadelphia, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARCOS O. VARGAS

    963 Allengrove Street

    Philadelphia, PA 19124

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILADELPHIA,, PA 19152-

Date: 2/23/2023

                              /S/ Kenneth E. West
                              _____
                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee