## Address

963 Allengrove St.
Philadelphia, PA 19124

## Patchwork Hudson LLC

| | | | |
|---|---|---|---|
| Check Type: | Regular Check | Voucher #: | V6087701 |
| Check Date: | 02/15/2023 | Gross Pay: | 3559.80 |
| Period Begin: | 02/01/2023 | Gross Wage: | 3559.80 |
| Period End: | 02/15/2023 | Net Pay: | 2867.49 |
| Payroll Run #: | 76 | Check Amt: | 0.00 |

## Federal

Head of Household

Dependents $           $2,000.00

## State (Residence)

PENNSYLVANIA

## Local (Residence)

PHILADELPHIA

Copyright isolved People Cloud 2023 isolved HCM, LLC

## Earnings & Memos*

| | Curr Hrs/Units | Curr $ | YTD Hrs/Units | YTD $ |
|---|---|---|---|---|
| Expense | | | | 159.73 |
| Salary | 86.67 | 3000.00 | 260.01 | 9000.00 |
| Commission | | 559.80 | | 3085.35 |

## Deductions

| | Curr $ | YTD $ |
|---|---|---|

### Direct Deposit

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####4241 | 2867.49 |

## Current Period Leave Accruals

| Hours Accrued | Hours Taken | Available Balance |
|---|---|---|

## Employee Taxes

| | Curr $ | Curr Wages | YTD $ | YTD Wages |
|---|---|---|---|---|
| SOC SEC EE | 220.71 | 3559.80 | 749.29 | 12085.35 |
| MED EE | 51.62 | 3559.80 | 175.24 | 12085.35 |
| FEDERAL WH | 246.70 | 3559.80 | 1049.41 | 12085.35 |
| NEW YORK WH | 171.98 | 3559.80 | 602.45 | 12085.35 |
| PHILADELPHIA | | 3559.80 | | 12085.35 |
| NEW YORK SDI EE | 1.30 | 3559.80 | 3.90 | 12085.35 |

## Employer Taxes

| | Curr $ | Curr Wages | YTD $ | YTD Wages |
|---|---|---|---|---|
| SOC SEC ER | 220.71 | 3559.80 | 749.29 | 12085.35 |
| MED ER | 51.62 | 3559.80 | 175.24 | 12085.35 |
| FUTA ER | | | 42.00 | 7000.00 |
| NEW YORK SUI ER | 93.44 | 3559.80 | 317.24 | 12085.35 |
| NEW YORK MCTMT ER | | 3559.80 | | 12085.35 |
| NEW YORK FUTA CREDIT | | | | |
| NEW YORK REEMPLOYMENT SERVICE ER | 2.67 | 3559.80 | 9.06 | 12085.35 |