| Statement of Earnings For: | Marcos Vargas | | | | | | Patchwork Hudson LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 16 | Division | | Period Begin: | | Check Date: 4/28/2023 | 33 West 46th Street Ste 800 | |
| Clock Number: | | Department | | Period End: 4/30/2023 | | Pay Type: Salary | New York, NY 10036 | |
| Company Id: | 2514 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V6421962 | $0.00 | $3,000.00 | $2,468.43 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 34.6141 | 86.67 | 3,000.00 | 693.36 | 24,000.00 | SOC SEC EE | 186.00 | 1,784.26 | | | |
| *Expense | | | 0.00 | 0.00 | 159.73 | MED EE | 43.50 | 417.29 | | | |
| Commission | | | 0.00 | 0.00 | 4,778.38 | FEDERAL WH | 159.58 | 2,104.93 | | | |
| | | | | | | NEW YORK WH | 141.19 | 1,401.81 | | | |
| | | | | | | NEW YORK SDI EE | 1.30 | 10.40 | | | |
| Total: | | 86.67 | 3,000.00 | 693.36 | 28,778.38 | Total: | 531.57 | 5,718.69 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####4241 | Deposit Amount: 2,468.43 |

Patchwork Hudson LLC
33 West 46th Street Ste 800
New York, NY 10036

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/28/2023 | V6421962 |

| TOTAL NET PAY |
|---|
| ******$2,468.43 |

16
**Marcos O Vargas**
963 Allengrove St.
Philadelphia, PA 19124

**NOT NEGOTIABLE**