## United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | Marcos O. Vargas | Case No. | 22-13239/mdc |
| | Debtor | Chapter | 13 |

### DEBTOR, MARCOS O. VARGAS'S RESPONSE TO MOTION FOR RELIEF OF U.S. BANK, AS TRUSTEE, ON BEHALF OF J.P. MORGAN ET AL

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied. The averments in this paragraph are legal conclusions and no response is required.
8. Admitted.
9. Admitted in part, denied in part. It is admitted that Debtor failed to make some of his post-petition mortgage payments of January 2023 through March 2023. However, Debtor did make one of his post-petition mortgage payments.
10. Denied. The averments in this paragraph are legal conclusions and no response is required.
11. Denied. The averments in this paragraph are legal conclusions and no response is required.
12. Denied. The averments in this paragraph are legal conclusions and no response is required.
13. Denied. The averments in this paragraph are legal conclusions and no response is required.
14. Denied. The averments in this paragraph are legal conclusions and no response is required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from the Automatic Stay.

Dated: May 12, 2023

Respectfully submitted:

/s/Bradly E. Allen, Esquire

Attorney for Debtor
7711 Castor Avenue
Philadelphia, PA 19152
Phone : 215-725-4242

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Marcos O. Vargas**      Case No. **22-13239/mdc**
Debtor(      Chapter **13**

# ORDER

AND NOW, This _____ day of _____, 2023 upon Motion for Relief from the Automatic Stay of U.S. Bank et al and Debtor's Response it is hereby:

ORDERED that the Motion for Relief of U.S. Bank et al is denied.

BY THE COURT:

Dated: _____

_____
HONORABLE MAGDELINE D. COLEMAN
United States Bankruptcy Judge