# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Marcos O. Vargas**                                                                        Case No.  **22-13239/mdc**
                                          Debtor(s)                                                Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023 a copy of Debtor's Response to Motion for Relief of U.S. Bank et al was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Electronic Notice:

Mark A. Cronin on behalf
of U.S. Bank N.A.

Michael Patrick Farrington on behalf
of U.S. Bank N.A

Brian Craig Nicholas on behalf
of U.S Bank N.A.

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**