# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Marcos O. Vargas**　　　　　　　　　　　　　　　　　　　Case No. **22-13239/mdc**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023 a copy of Amended Schedule A/B was served electronically or by regular United States mail to the Trustee and all parties listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Electronic Notice:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**