UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Marcos O. Vargas
    Debtor : NO: 22-13239/mdc

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Bradly E. Allen, attorney for Debtor, Marcos O. Vargas has filed an objection to the proof of claim you filed in this bankruptcy case.

1. Your claim my be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objections, scheduled to be held before Honorable Magdeline D. Coleman on July 11, 2023 in Courtroom No.2 at 10:30 a.m, United Sates Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objections, the court may decide that you do not oppose the objection to your claim.

3. If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: June 9, 2023

/s/Bradly E. Allen, Esquire
Attorney for Debtor,
7711 Castor Avenue
Philadelphia, PA 19152
P-215-725-4242
F-215-725-8288
bealaw@verizon.net