# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Marcos O. Vargas**                                                                 Case No.  **22-13239/mdc**
                                       Debtor(s)                                            Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023 a copy of Debtor's Objections to Proof of Claim of Credit Acceptance Corporation and Notice of Hearing scheduled for July 11, 2023 at 10:30 a.m. was served electronically or by regular United States mail to the Trustee and all parties listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI  48034

Electronic Notice:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**