# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Marcos O. Vargas**                                                                          Case No. **22-13239/mdc**
                                             Debtor(s)                                              Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and all parties listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI  48034

PA Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

Truist Bank, Bankruptcy Section
PO Box 85052
Richmond, VA 85052

Synchrony Bank
by AIS Infosource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Electronic Notice:

William Craig on behalf
of Credit Acceptance Corporation

Densie Carlon on behalf of
U.S. Bank, N.A. et al

Mark Cronin on behalf of
U.S. Bank, N.A. et al

Michael Farrington on behalf of
U.S. Bank, N.A.et al

Brian Nicholas on behalf of
U.S. Bank, N.A.et al

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire
_____

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**