UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcos O. Vargas : CHAPTER 13
          Debtor :

Credit Acceptance Corporation :
          Movant : NO.: 22-13239/mdc

vs. : 11 U.S.C. Section 362

Marcos O. Vargas :
          Debtor :

Ana L. Vargas :
          Co-Debtor :

Kenneth E. West :
          Trustee :

## STIPULATION SETTLING DEBTOR'S OBJECTIONS TO PROOF OF CLAIM OF CREDIT ACCEPTANCE CORPORATION

Debtor, Marcos O. Vargas, by and through his attorney, Bradly E. Allen, and Credit Acceptance Corporation, by and through their attorney, William E. Craig, enter into this Stipulation as follows:

1. Credit Acceptance Corporation filed a Proof of Claim on December 5, 2022 in the amount of $16,229.35 for a deficiency balance on Debtor's 2014 Nissan Sentra vehicle.

2. Debtor filed objections to the claim of Credit Acceptance Corporation on June 9, 2023.

3. The parties hereto entered into a Settlement Agreement whereby Credit Acceptance Corporation's Claim No. 1 is reduced from $16,229.35 to $12,616.29.

4. Credit Acceptance Corporation will amend their Proof of Claim to $12,616.29 within five days of the execution of this Agreement.

Dated this 13th day of September, 2023

CONSENTED TO BY:

/s/ Bradly E. Allen, Esquire
Bradly E. Allen, Esquire
Attorney for Debtor
Marcos O. Vargas


/s/ William E. Craig, Esquire
William E. Craig, Esquire
Morton & Craig LLC
Attorney for Credit Acceptance Corporation

No Objection - Without Prejudice to Any Trustee Rights or Remedies
/s/ LeeAne O Huggins

Kenneth E. West, Esquire
Chapter 13 Trustee


Approved by the Court this ____ day of _____, 2023.


_____
Bankruptcy Judge
Magdeline C. Coleman