## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Marcos O. Vargas**
Debtor(s)

Case No. **22-13239/mdc**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023 a copy of the Amended Statement of Financial Affairs was served electronically or by regular United States mail to the Trustee and all parties listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Electronic Notice:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net