*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marcos O. Vargas
    Debtor(s)

Case No: 22–13239–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006–FRE2 Asset Backed Pass–Through Certificates, Series 2006–FRE2

on: 11/21/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/24/23

Timothy B. McGrath
Clerk of Court

77 – 73
Form 167