IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: MARCOS O. VARGAS | : |
| Debtor | : CHAPTER 13 |
| | : |
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. | : NO.: 22-13239/MDC |
| | : 11 U.S.C. Section 362 and 1301 |
| Movant | : |
| vs. | : |
| MARCOS O. VARGAS | : |
| Debtor | : |
| KENNETH E. WEST | : |
| Trustee | : |

## CERTIFICATE OF SERVICE

Debtor has served a Notice of Hearing by regular first-class mail to the following individuals on October 24, 2023:

Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street
#5000
Philadelphia, PA 19106

Marcos O. Vargas
963 Allengrove Street
Philadelphia, PA 19124

BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax: 215-725-8288
bealaw@verizon.net