United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13239-mdc |
| Marcos O. Vargas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 24, 2023 | Form ID: 167 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcos O. Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14746776 | + | Ana Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14792830 | + | Credit Acceptance Corporation, C/O William E. Craig, 110 Marter Avenue, Ste. 301, Moorstown, Nj 08057-3124 |
| 14739890 | + | Hank Clinton, 1313 S. 33rd St., Ste. 1, Philadelphia, PA 19146-3303 |
| 14746720 | + | U.S. Bank N.A., C/O MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14792298 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2023 02:15:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14740186 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2023 02:15:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14739889 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2023 02:13:37 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 14741489 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 02:13:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 25 2023 02:15:00 | Liberty Mutual Insurance Co., c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14741420 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2023 02:15:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14739892 | ^ | MEBN | Oct 25 2023 02:06:47 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14739893 | | Email/Text: bankruptcy@self.inc | Oct 25 2023 02:15:00 | Self Financial Inc., 901 E. 6th St. Ste. 400, Austin, TX 78702 |
| 14755087 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2023 02:13:37 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14739928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2023 02:13:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14739894 | | Email/Text: bankruptcy@bbandt.com | Oct 25 2023 02:15:00 | Truist, PO Box 698, Wilson, NC 27894-0698 |
| 14742364 | + | Email/Text: bankruptcy@bbandt.com | Oct 25 2023 02:15:00 | Truist Bank, Bankruptcy Section, PO Box 85052, Richmond, VA 23285-5052 |
| 14750428 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2023 02:15:00 | U.S. Bank N.A., as trustee, at. el, c/o Select |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2023 | Form ID: 167 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14739895 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| | | | Oct 25 2023 02:15:00 | U.S. Bank c/o Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14739896 | ^ | MEBN | | |
| | | | Oct 25 2023 02:06:46 | U.S. Bank/Select Portolio Servicing, Inc, c/o KML Law Group, P.C., BNY Independence Center, Ste. 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2023              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Marcos O. Vargas bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2023 | Form ID: 167 | Total Noticed: 20 |

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marcos O. Vargas
    Debtor(s)

Case No: 22−13239−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006−FRE2 Asset Backed Pass−Through Certificates, Series 2006−FRE2

on: 11/21/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 10/24/23

For The Court

Timothy B. McGrath
Clerk of Court

77 − 73
Form 167