United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 22-13239-mdc
Marcos O. Vargas                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                           User: admin                                            Page 1 of 2
Date Rcvd: Nov 30, 2023                             Form ID: 155                                          Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcos O. Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14746776 | + | Ana Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14792830 | + | Credit Acceptance Corporation, C/O William E. Craig, 110 Marter Avenue, Ste. 301, Moorstown, Nj 08057-3124 |
| 14739890 | + | Hank Clinton, 1313 S. 33rd St., Ste. 1, Philadelphia, PA 19146-3303 |
| 14746720 | + | U.S. Bank N.A., C/O MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14792298 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 01 2023 00:33:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14740186 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 01 2023 00:33:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14739889 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2023 00:39:14 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 14741489 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:39:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2023 00:34:00 | Liberty Mutual Insurance Co., c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14741420 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2023 00:34:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14739892 | ^ | MEBN | Dec 01 2023 00:28:16 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14739893 | | Email/Text: bankruptcy@self.inc | Dec 01 2023 00:33:00 | Self Financial Inc., 901 E. 6th St. Ste. 400, Austin, TX 78702 |
| 14755087 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2023 00:39:12 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14739928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:39:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14739894 | | Email/Text: bankruptcy@bbandt.com | Dec 01 2023 00:34:00 | Truist, PO Box 698, Wilson, NC 27894-0698 |
| 14742364 | + | Email/Text: bankruptcy@bbandt.com | Dec 01 2023 00:34:00 | Truist Bank, Bankruptcy Section, PO Box 85052, Richmond, VA 23285-5052 |
| 14750428 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2023 00:34:00 | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: 155 | Total Noticed: 20 |

| 14739895 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Dec 01 2023 00:34:00 | U.S. Bank c/o Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14739896 | ^ MEBN | | |
| | | Dec 01 2023 00:28:26 | U.S. Bank/Select Portolio Servicing, Inc, c/o KML Law Group, P.C., BNY Independence Center, Ste. 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

**Name**            **Email Address**

BRADLY E ALLEN
                    on behalf of Debtor Marcos O. Vargas bealaw@verizon.net

BRIAN CRAIG NICHOLAS
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 mfarrington@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marcos O. Vargas
      Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−13239−mdc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 30, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　87
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155