# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Marcos O. Vargas**      Case No. **22-13239/mdc**
Debtor      Chapter **13**

U.S. Bank, N.A. as trustee on behalf of
J.P. Morgan Mortgage Acquisition Corp. et al
    Movant

: Chapter 13 No. 22-13239/mdc

: 11 U.S.C. SECTION 362 and 1301

v.

Marcos O. Vargas
    Debtor

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTIONS TO CERTIFICATION OF DEFAULT OF STIPLUATION

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Debtor's Objections to Certification of Default of Stipulation of U.S. Bank, N.A. et al and cancel the hearing scheduled for January 23, 2024 at 10:30 a.m..

Respectfully submitted:

/s/Bradly E. Allen, Esquire

Attorney for Debtor
7711 Castor Avenue
Philadelphia, PA 19152
Phone : 215-725-4242