# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Marcos O. Vargas**                                                                                   Case No. **22-13239/mdc**

Debtor(s)                                                                                                                   Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024 a copy of the Praecipe to Withdraw Debtor's Objections to Certification of Default of Stipulation of U.S. Bank, N.A. et al was served electronically or by regular United States mail to the Trustee and all parties listed below.

Marcos Vargas
963 Allengrove Street
Philadelphia, PA 19124

Electronic Notice:

Mark Cronin, Esquire

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**