United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marcos O. Vargas  
    Debtor

Case No. 22-13239-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 08, 2024      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcos O. Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14746776 | + | Ana Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14792830 | + | Credit Acceptance Corporation, C/O William E. Craig, 110 Marter Avenue, Ste. 301, Moorstown, Nj 08057-3124 |
| 14739890 | + | Hank Clinton, 1313 S. 33rd St., Ste. 1, Philadelphia, PA 19146-3303 |
| 14739928 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746720 | + | U.S. Bank N.A., C/O MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14792298 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2024 00:07:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14740186 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2024 00:07:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14739889 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2024 00:15:27 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 14741489 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 00:15:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 09 2024 00:08:26 | Liberty Mutual Insurance Co., c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14741420 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2024 00:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14739892 | ^ | MEBN | Apr 09 2024 00:05:02 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14739893 | | Email/Text: bankruptcy@self.inc | Apr 09 2024 00:07:00 | Self Financial Inc., 901 E. 6th St. Ste. 400, Austin, TX 78702 |
| 14755087 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 09 2024 00:15:30 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14739894 | | Email/Text: bankruptcy@bbandt.com | Apr 09 2024 00:07:00 | Truist, PO Box 698, Wilson, NC 27894-0698 |

Case 22-13239-mdc    Doc 105    Filed 04/10/24    Entered 04/11/24 00:30:02    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14742364 | + | Email/Text: bankruptcy@bbandt.com | Apr 09 2024 00:07:00 | Truist Bank, Bankruptcy Section, PO Box 85052, Richmond, VA 23285-5052 |
| 14750428 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2024 00:08:00 | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14739895 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2024 00:08:00 | U.S. Bank c/o Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14739896 | ^ | MEBN | Apr 09 2024 00:05:00 | U.S. Bank/Select Portolio Servicing, Inc, c/o KML Law Group, P.C., BNY Independence Center, Ste. 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Marcos O. Vargas bealaw@verizon.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Apr 08, 2024　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 22
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　MARCOS O. VARGAS<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 22-13239-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE:  April 5, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge